**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUBIO FLORES, Robaldo<br><br>Petitioner,<br><br>v.<br><br>JAMISON, J.L., et al.,<br><br>Respondents. | Case No. 26-5253<br><br>**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS** |

**ORDER**

**AND NOW**, on this 25th day of August, 2026, upon consideration of Petitioner's Joint Motion for Dismissal by Court Order (Doc. No. 5), it is hereby **ORDERED**:

1. Petitioner's Motion (Doc. No. 5) is **GRANTED**.
2. This case is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

**BY THE COURT:**

*/s/ Paul S. Diamond*
Hon. Paul S. Diamond
United States District Court